Michael H. Steinberg (State Bar No. 134179)
steinbergm@sullcrom.com
Orly Z. Elson (State Bar No. 240645)
elsono@sullcrom.com
Damion D. D. Robinson (State Bar No. 262573)
robinsond@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Defendant*
*MPEG LA, L.L.C.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NERO AG,<br><br>Plaintiff,<br><br>v.<br><br>MPEG LA, L.L.C., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:10-cv-03672-MRP (RZx)<br><br>[The Honorable Mariana R. Pfaelzer]<br><br>**DECLARATION OF MICHAEL H. STEINBERG IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing Date: November 22, 2010<br>Time: 11:00 a.m.<br>Room: Courtroom 12<br><br>[Filed concurrently with Notice of Motion and Motion; and [Proposed] Order] |

I, Michael H. Steinberg, declare as follows:

1. I am a partner of Sullivan & Cromwell LLP, a member of the Bar of the State of California and am admitted to practice before this Court. I make this Declaration in support of Defendant's Motion to Dismiss Nero AG's ("Nero") First Amended Complaint (the "Motion"). I have personal knowledge of the facts set forth in this Declaration, and could testify competently thereto if called as a witness.

2. For the Court's convenience, attached hereto as Exhibit A is a true and correct copy of a computer-generated comparison of Nero's original Complaint to its First Amended Complaint.

**Documents Referenced in the First Amended Complaint**

3. In the First Amended Complaint, Nero, through its counsel, references certain documents. To assist the Court and to provide a full record, we have attached those materials to this declaration.

   a. Attached hereto as Exhibit B is a true and correct copy of the MPEG-2 Patent Portfolio License, by and between MPEG LA and Nero, dated January 1, 2002 (the "MPEG-2 License"). Nero references this license agreement in Paragraphs 11, 20, 23-24, 33 & 55 of its First Amended Complaint and attaches a copy as Exhibit 2 to that complaint.

   b. Attached hereto as Exhibit C is a true and correct copy of the renewed MPEG-2 Patent Portfolio License, by and between MPEG LA and Nero, dated December 23, 2009 (the "New MPEG-2 License"). Nero references this license agreement in Paragraphs 11, 43-45 & 55 of its First Amended Complaint and attaches an unsigned form of this license agreement as Exhibit 4 to that complaint.

   c. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 5,420,866. Nero references this patent in Paragraph 40 of its First Amended Complaint.

    d. Attached hereto as Exhibit E is a true and correct copy of U.S. Patent No. 5,457,701.  Nero references this patent in Paragraph 40 of its First Amended Complaint.

    e. Attached hereto as Exhibit F is a true and correct copy of U.S. Patent No. 5,461,420. Nero references this patent in Paragraph 40 of its First Amended Complaint.

    f. Attached hereto as Exhibit G is a true and correct copy of U.S. Patent No. 4,833,543.  Nero references this patent in Paragraph 40 of its First Amended Complaint.

    g. Attached hereto as Exhibit H is a true and correct copy of U.S. Patent No. 4,849,812.  Nero references this patent in Paragraph 40 of its First Amended Complaint.

    h. Attached hereto as Exhibit I is a true and correct copy of U.S. Patent No. 5,453,790.  Nero references this patent in Paragraph 40 of its First Amended Complaint.

    i. Attached hereto as Exhibit J is a true and correct copy of a portion of MPEG LA's website, which Nero references in  both Paragraph 39 of its First Amended Complaint and in what it attaches as Exhibit 3.  Nero's Exhibit 3 excludes a portion of this webpage under the link "Essentiality."  The contents of Exhibit J hereto are a true and correct copy of the contents of the "Essentiality" portion of this page.

    j. Attached hereto as Exhibit K is a true and correct copy of the list of 27 essential patents that MPEG LA identified to the Department of Justice ("DOJ") in connection with its request for a Business Review Letter approving the MPEG-2 Pool.  Nero references these 27 essential patents, as well as MPEG LA's representations and submissions to the DOJ relating to them, in Paragraphs 8-9, 11, 26, 30-33, 37 & 40-42 of its First Amended Complaint.  Nero

also attaches a copy of the DOJ's Business Review Letter as Exhibit 1 to its First Amended Complaint.

### Meet and Confer

4. On October 12, 2010, my associate, Orly Z. Elson, sent counsel for Nero a letter by fax and email, which stated our bases for the Motion and asked Nero's counsel whether they would meet-and-confer with us regarding the Motion. No response was received.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of October, 2010 at Los Angeles, California.

    /s/ Michael H. Steinberg
        Michael H. Steinberg