**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NERO AG, | Case No. 2:10-cv-03672-MRP (RZx) |
| Plaintiff, | [The Honorable Mariana R. Pfaelzer] |
| v. | **JUDGMENT** |
| MPEG LA, L.L.C., and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based upon the Court's September 14, 2010 Order re: Defendant MPEG LA, L.L.C.'s Motion to Dismiss and Plaintiff's Motion to Strike Evidence (Dkt. #23) and its November 24, 2010 Order re: Defendant MPEG LA, L.L.C.'s Motion to Dismiss the First Amended Complaint (Dkt. # 31),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's First Amended Complaint is dismissed with prejudice and Plaintiff takes nothing in this Action.

Dated:  December 14, 2010

_____
The Honorable Mariana R. Pfaelzer

Submitted By:

/s/  Michael H, Steinberg
_____
Michael H. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.:  (310) 712-6600
Fax:   (310) 712-8800

*Attorneys for Defendant*
*MPEG LA, L.L.C.*